# United States District Court

## *DISTRICT OF ARIZONA*

| | |
|---|---|
| *UNITED STATES OF AMERICA* | **AFFIDAVIT FOR DETENTION** |
| *v.* | **OF MATERIAL WITNESS** |
| **Kaster Tezino** | |
| | **CR06-0618-PHX-JAT** |

Michael J. Conrad, on oath, deposes and states:

(1) I am a Special Agent of the Federal Bureau of Investigation and have been so employed for over eighteen years. I am assigned to a squad that investigates crimes against children, including the sexual exploitation of minors through prostitution. I have received in-service training in investigating the sexual exploitation of minors through prostitution from the FBI and from the National Center for Missing and Exploited Children.

(2) An indictment in this matter has been filed charging that the defendant knowingly transported a minor in interstate commerce, with intent that the minor engage in prostitution or some other illegal sexual activity, in violation of Title 18 United States Code, Section 2423(a).

(3) Jenay Sherrell Clayton has material testimony to give in this criminal proceeding. During interviews with Phoenix Police detectives, Clayton stated that on June 20, 2006, defendant called her and told her to pick him up at the airport in Phoenix. Clayton arrived at the airport and picked up the defendant from a Southwest Airlines flight. She also picked up a minor female, who was accompanied by the defendant at the airport.

(4) During an interview on June 26, 2006, Clayton told Phoenix Police detectives that she uses the aliases "Amber Wilson" and "Remedy." She also told detectives that she and the defendant have obtained several false identification cards in the past from an individual in the Los Angeles area. On September 1, 2006, I reviewed Clayton's criminal history under her name and FBI number. I learned that Clayton has also used the alias "Willeta Edith Townsend." I further learned that Clayton was arrested for prostitution in Chicago, Illinois on February 8, 2006. I learned that Clayton forfeited her bond in that case, and a warrant for her arrest was issued on March 2, 2006.

(5) For the above reasons, your affiant has reason to believe it may become impracticable to secure Clayton's presence by subpoena for further proceedings in this matter.

///
///
///
///
///
///
///
///
///
///

1

///

(6) I therefore request that the above-named witness be detained as a witness for further proceedings in this case, pursuant to 18 United States Code, Section 3144.

Michael J. Conrad
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

7-5-06
Date

at   Phoenix, Arizona
City and State

David K. Duncan
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer